

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2020

No. 04-20-00027-CV

**CELTIC INSURANCE COMPANY**, Superior HealthPlan, Inc., and Cenpatico d/b/a Integrated Mental Health Services,
Appellants

v.

Rochelle **CARDONA**,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI11194
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellee's brief is due on March 9, 2020. *See* TEX. R. APP. P. 38.6(b). Before the due date, Appellee filed an unopposed motion to extend the brief due date to April 3, 2020

Appellee's motion is GRANTED. The brief is due on April 3, 2020.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2020.

MICHAEL A. CRUZ,
Clerk of Court